Civil- (Dec-2008)

HONORABLE: Robert M. Spector

DEPUTY CLERK M. Peterson    RPTR/ECRO/TAPE FTR - CR 5

TOTAL TIME:  ___ hours  7  minutes

DATE: 9/21/2018    START TIME: 9:39am    END TIME: 9:46am

LUNCH RECESS    FROM: ___    TO: ___

RECESS (if more than ½ hr)    FROM: ___    TO: ___

CIVIL NO. 3:17cv794 (JBA)

Zhen Biao Han                                   Jian Hang
                                                Plaintiff's Counsel
          vs
ABC Corp.                                       Jeffrey S. Morneau
                                                Defendant's Counsel

**COURTROOM MINUTES- CIVIL**

[✓] Motion hearing            [ ] Show Cause Hearing
[ ] Evidentiary Hearing       [ ] Judgment Debtor Exam
[ ] Miscellaneous Hearing

[ ] .....#____ Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] .....#____ Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] .....#____ Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] .....#____ Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] .....#____ Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] .....#____ Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] .....#____ Motion _____ [ ] granted [ ] denied [ ] advisement
[✓] ..... Joint Oral Motion to approve proposed Settlement Agreement [✓] granted [ ] denied [ ] advisement
[ ] .....      Oral Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] .....      Oral Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] ....       Oral Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] .....      [ ] Briefs(s) due ____  [ ] Proposed Findings due ____  Response due ____
[ ] ............ _____ [ ] filed [ ] docketed
[ ] ............ _____ [ ] filed [ ] docketed
[ ] ............ _____ [ ] filed [ ] docketed
[ ] ............ _____ [ ] filed [ ] docketed
[ ] ............ _____ [ ] filed [ ] docketed
[ ] ............ _____ [ ] filed [ ] docketed
[ ] ............ _____ Hearing continued until _____ at _____

Notes: